MARK W. COLEMAN #117306
NUTTALL COLEMAN & DRANDELL
2333 MERCED STREET
FRESNO, CALIFORNIA 93721
PHONE (559) 233-2900
FAX (559) 485-3852
mcoleman@nuttallcoleman.com

ATTORNEYS FOR Defendant,
ROBERT CORDOVA, III



UNITED STATES DISTRICT COUNT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT CORDOVA,<br><br>Defendants. | Case No: **1:18-CR-00145-DAD-BAM**<br><br>**STIPULATION FOR MODIFICATION OF DEFENDANT'S CONDITIONS OF PRETRIAL RELEASE** |

TO: THE HONORABLE MAGISTRATE JUDGE BARBARA A. McAULIFFE, AND TO THE UNITED STATES ATTORNEY AND HIS REPRESENTATIVE, ASSISTANT UNITED STATES ATTORNEY, MICHAEL TIERNEY:

Defendant, ROBERT CORDOVA, by and through his counsel, MARK W. COLEMAN, of NUTTALL COLEMAN & DRANDELL, hereby applies for an order modifying his conditions of release to modify his curfew to 6:00 a.m. to 9:00 p.m., seven day per week.

Mr. Cordova is requesting modification of his curfew to allow him to work allow him to work weekends, and work longer hours than currently allowed by his curfew. Additionally, Mr. Cordova would like to attend his son's spring baseball practices.

Mr. Cordova was placed on electronic GPS monitoring on July 13, 2018. Since that time he has been in continued contact with his pretrial services officer, Ryan Beckwith, and has done everything asked of him, including enrolling in and participating in the Better Choices program through the court. Pre-Trial services is agreeable to the modification requested.

Mr. Cordova is employed by Genesis Painting and Construction. Mr. Cordova's employer would like to have Mr. Cordova work weekends and occasional evenings. A copy of a letter from Genesis Painting and Construction is attached hereto as Exhibit "A."

**IT IS HEREBY STIPULATED** by and between the parties hereto that Robert Cordova's curfew be modified to 6:00 a.m. to 9:00 p.m., seven days per week.

Dated: March 8, 2019.    NUTTALL COLEMAN & DRANDELL

/s/ Mark W. Coleman
_____
MARK W. COLEMAN
Attorney for Defendant
ROBERT CORDOVA

Dated: March 8, 2019.    UNITED STATES ATTORNEY'S OFFICE

/s/ Michael Tierney
_____
MICHAEL TIERNEY
Attorney for Plaintiff

**ORDER**

IT IS SO ORDERED that Robert Cordova's curfew be modified to 6:00 a.m. to 9:00 p.m., seven days per week.

DATED: 3/8/19

ERICA P. GROSJEAN
UNITED STATES MAGISTRATE JUDGE

EXHIBIT "A"



1175 Shaw Ave. #104 PMB 202
Clovis, Ca. 93612
(559) 273-7644
Genesispainting@outlook.com
Genesispaintingandconstruction.com
Lic# 1009290

February 19, 2019

RE: Robert Cordova's Employment

To Whom It May Concern,

    I am requesting permission for Robert Cordova to be able to work weekends and occasionally evenings. Our slower season has past and I am need of a person who can work possible overtime and have more flexibility with their hours. All of my current employees are full time and they understand the need to be available weekends and some evenings due to extremely high work demand during this season. I may have no choice but to replace Robert with someone who has the open schedule I am seeking in order to keep up with my work flow and stay on schedule.

Thank You,

Phillip Green
President