1 **MARK W. COLEMAN #117306**
**NUTTALL COLEMAN & DRANDELL**
2 2333 MERCED STREET
FRESNO, CALIFORNIA 93721
3 PHONE (559) 233-2900
FAX (559) 485-3852
4 mcoleman@nuttallcoleman.com

5

ATTORNEYS FOR Defendant,
6 ROBERT CORDOVA, III

7

8 UNITED STATES DISTRICT COUNT

9 EASTERN DISTRICT OF CALIFORNIA

10

UNITED STATES OF AMERICA,      Case No: **1:18-CR-00145-DAD-BAM**
11
            Plaintiffs,
12
                                **STIPULATION TO ALLOW TRAVEL**
13    v.                                    **AND**
                                     **ORDER THEREON**
14 ROBERT CORDOVA,

15            Defendants.

16

17

        TO:    THE HONORABLE MAGISTRATE JUDGE BARBARA A. McAULIFFE, AND
18
TO THE UNITED STATES ATTORNEY AND HIS REPRESENTATIVE, ASSISTANT
19
UNITED STATES ATTORNEY, MICHAEL TIERNEY:
20
        Defendant, ROBERT CORDOVA, by and through his counsel, MARK W. COLEMAN,
21
of NUTTALL COLEMAN & DRANDELL, hereby applies for an order allowing him to travel to
22
Shaver Lake in order to attend his family's Easter celebration.
23
        Currently, Defendant, ROBERT CORDOVA, is on pretrial release with a curfew of 6:00
24
a.m. to 9:00 p.m., and is on electronic monitoring.
25
        Mr. Cordova is requesting that the court allow him to travel with his family to the Shaver
26
27 Lake area over the Easter weekend in order to celebrate the holiday with his mother's family. Mr.

28

1

Cordova would request permission to leave Fresno on April 19, 2019 to travel to Shaver Lake and return home on April 21, 2019, by his normal curfew of 9:00 p.m.

Mr. Cordova has communicated with Pre-Trial Services Officer, Frank Guerrero, with respect to this request. Mr. Guerrero has confirmed with counsel that Mr. Cordova has been in full compliance with his conditions of release and has adhered with location monitoring requirements. Mr. Guerrero stated that Pre-trial services will defer to the court with respect to this request.

Counsel has communicated with Assistant United States Attorney Vicenza Rabenn who has no objection to allowing the Defendant to travel to Shaver Lake for the Easter holiday.

**IT IS SO STIPULATED.**

Dated: April 15, 2019.        Respectfully Submitted,

NUTTALL COLEMAN & DRANDELL

/s/ Mark W. Coleman

MARK W. COLEMAN
Attorney for Defendant,
ROBERT CORDOVA

Dated: April 15, 2019.        UNITED STATES ATTORNEY'S OFFICE

/s/ Vicenza Rabenn

VICENZA RABENN
Assistant U.S. Attorney

| | |
|---|---|
| 1 | **<u>ORDER</u>** |
| 2 | **GOOD CAUSE APPEARING THEREFORE,** |
| 3 | **IT IS HEREBY ORDERED** that Defendant, ROBERT CORDOVA, be allowed to travel |
| 4 | with his family to the Shaver Lake area over the Easter weekend in order to celebrate the holiday |
| 5 | with his mother's family, beginning on April 19, 2019 at or around 6:00 p.m. through April 21, |
| 6 | 2019 by 9:00 p.m. |
| 7 | **IT IS FURTHER ORDERED** that Defendant, ROBERT CORDOVA, be released from |
| 8 | his location monitor during the time periods set forth above **<u>only</u>**. |
| 9 | |
| 10 | |
| 11 | IT IS SO ORDERED. |
| 12 | Dated: __**April 15, 2019**__     /s/ _Erica P. Grosjean_ |
| 13 | UNITED STATES MAGISTRATE JUDGE |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |