# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

United States of America )
vs. ) Case No. 1:18-cr-00145-DAD-BAM-001
)
Robert Cordova III )

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __Robert Cordova III__, have discussed with __Francisco J. Guerrero__, Pretrial Services Officer, modifications of my release conditions as follows:

The condition requiring the defendant to participate in the curfew component of the Location Monitoring Program with electronic monitoring or other location verification system is removed. All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_/s/ Robert Cordova_ 9/5/19        _/s/ Francisco Guerrero_ 09/04/2019
Signature of Defendant   Date          Pretrial Services Officer   Date

I have reviewed the conditions and concur that this modification is appropriate.

_/s/_                                                    9/5/19
Signature of Assistant United States Attorney            Date
Vincenza Rabenn / Michael G. Tierney

I have reviewed the conditions with my client and concur that this modification is appropriate.

_/s/ Mark Coleman_                                       9/04/2019
Signature of Defense Counsel                             Date
Mark Wade Coleman

### ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on __9/5/19__.
☐ The above modification of conditions of release is *not* ordered.

_/s/ Sheila K. Oberto_                                   9/5/19
Signature of Judicial Officer                            Date

cc: U.S. Attorney's Office, Defense Counsel, Pretrial Services