**MARK W. COLEMAN #117306**
**NUTTALL COLEMAN & DRANDELL**
2333 MERCED STREET
FRESNO, CALIFORNIA 93721
PHONE (559) 233-2900
FAX (559) 485-3852
mcoleman@nuttallcoleman.com

ATTORNEYS FOR Defendant,
ROBERT CORDOVA, III

UNITED STATES DISTRICT COUNT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT CORDOVA,<br><br>Defendants. | Case No: **1:18-CR-00145-DAD-BAM**<br><br>**APPLICATION FOR ORDER EXONERATING BOND AND FOR RECONVEYANCE OF REAL PROPERTY, AND ORDER THEREON** |

      Defendant, ROBERT CORDOVA, hereby moves this Court for an order to exonerate the bond and reconvey real property in the above-captioned case.

      On July 6, 2018, ROBERT CORDOVA appeared in this matter before the Honorable Erica P. Grosjean, United States Magistrate Judge, and was ordered released from custody under the supervision of Pretrial Services and a full equity real property bond. Real property was used as collateral. A certified deed of trust and straight note were provided to this court by Frances Luna Cordova, in the amount of "full equity" (Dkt# 15, Deed No. 2018-0079032).

      On September 20, 2019, ROBERTA CORDOVA appeared, as required, before United States District Court Judge Dale A. Drozd for sentencing, and thereafter surrendered himself to the Bureau of Prisons to serve his sentence.

Since ROBERT CORDOVA has met the conditions of release in this matter, he requests that the Court exonerate the bond set by this court and reconvey title to the real property securing the bond to FRANCES CORDOVA.

Dated: November 7, 2019.

Respectfully Submitted,

NUTTALL COLEMAN & DRANDELL

/s/ Mark W. Coleman

MARK W. COLEMAN
Attorney for Defendant,
ROBERT CORDOVA

## ORDER

**GOOD CAUSE APPEARING THEREFORE,**

**IT IS HEREBY ORDERED** that the bond in the above-captioned case be exonerated and title to the real property be reconveyed to FRANCES LUNA CORDOVA.

IT IS SO ORDERED.

DATED: November 20, 2019

_____
U.S. MAGISTRATE JUDGE SHEILA K. OBERTO