McGREGOR W. SCOTT
United States Attorney
MICHAEL G. TIERNEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT CORDOVA, III,<br><br>Defendant. | CASE NO. 1:18-CR-0145-DAD-BAM<br><br>STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR REDUCTION IN SENTENCE AND COMPASSIONATE RELEASE |

**STIPULATION**

1.   Defendant Robert Cordova filed a motion for reduction in sentence and compassionate release on July 2, 2020.  Docket No. 65.  By minute order, the Court set the government's response as due by July 20, 2020, and any reply due July 27, 2020.  On or about July 15, 2020, defendant was released from confinement to a residential re-entry center.  The parties require additional time to determine how this action impacts the defendant's motion.

2.   The parties desire additional time for briefing on defendant's motion. Accordingly, by this stipulation, the parties now move that:

    a)   The government's opposition or response to defendant's motion, Docket No. 65, be due on July 27, 2020; and

       b)      The defense reply, if any, will be due on August 3, 2020.

3.      Counsel for the defendant does not oppose this request.

IT IS SO STIPULATED.

                                      McGREGOR W. SCOTT
                                      United States Attorney

Dated: July 20, 2020

                                      */s/ Christina McCall*
                                      MICHAEL G. TIERNEY
                                      Assistant United States Attorney

Dated: July 20, 2020                         /s/ *Mark. W. Coleman*
                                      MARK W. COLEMAN
                                      Counsel for Defendant Robert Cordova III

**FINDINGS AND ORDER**

Based upon the stipulation and representations of the parties, the Court adopts the proposed revised briefing schedule as follows:

       a)      The government's opposition or response to defendant's motion, Docket No. 65, is due on July 27, 2020;

       b)      The defense reply, if any, will be due on August 3, 2020.

IT IS SO ORDERED.

Dated:  **July 20, 2020**                               *Dale A. Drozd*
                                                   UNITED STATES DISTRICT JUDGE