HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:18-CR-00145-DAD-BAM |
|---|---|---|
| *Plaintiff,* | ) ) | **APPLICATION AND ORDER APPOINTING CJA PANEL COUNSEL** |
| vs. | ) ) | |
| ROBERT CORDOVA, III, | ) ) | |
| *Defendant.* | ) ) ) | |

Defendant, Robert Cordova III, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel for assistance in seeking termination of his of supervised release.

On September 30, 2019, Mr. Cordova was sentenced to 15 months in custody and 36 months of supervised release. He began serving his term of supervised release on September 25, 2020. Mr. Cordova submits the attached Financial Affidavit as evidence of his inability to retain counsel at this time. After reviewing his *Financial Affidavit*, it is respectfully recommended that CJA panel counsel Mark W. Coleman be promptly appointed *nunc pro tunc* as of October 20, 2022.

DATED: November 15, 2022  /s/ Eric V Kersten
ERIC V. KERSTEN
Assistant Federal Defender
Branch Chief, Fresno Office

1

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel at this time, the Court hereby appoints CJA panel counsel Mark W. Coleman be promptly appointed *nunc pro tunc* as of October 20, 2022, pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated:   **November 16, 2022**                    /s/ *Barbara A. McAuliffe*
                                                                   UNITED STATES MAGISTRATE JUDGE