**MARK W. COLEMAN #117306**
**LAW OFFICE OF MARK W. COLEMAN**
2344 TULARE STREET, SUITE 200
FRESNO, CALIFORNIA 93721
PHONE (559) 552-8800
FAX (559) 475-9328

Attorneys for Defendant,
　　　　ROBERT CORDOVA

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ROBERT CORDOVA,<br><br>　　　　Defendant. | Case No.: 1:18-CR-00145 ADA-BAM<br><br>**ORDER ON MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE** |

　　The court has received and reviewed the Defendant's Motion Early Termination of Supervised Release.  Both the U.S. Attorney and the U.S. Probation Office have no objection to the request.

　　The request is GRANTED.  Supervised Release is hereby terminated.

IT IS SO ORDERED.

　Dated:　March 24, 2023　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE